Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@comcast.net

Attorney for defendant
FERNANDO ACOSTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERRERA et. al.,<br><br>Defendants. | No. 2:15-CR-00102-GEB<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR EXONERATION OF BOND AND RECONVEYANCE** |

The defendant, FERNANDO ACOSTA, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request an order to exoneration his bond and reconvey the deed of trust for the property securing that bond.

On April 24, 2015 a Complaint was filed charging Mr. Acosta and multiple co-defendants with conspiracy to distribute and possess with intent to distribute heroin in violation of 21 U.S.C. §§ 846, 841(a)(1) and possession with intent to distribute heroin in violation of 21 U.S.C. § 841(a)(1).

On April 28, 2015 Mr. Acosta was released on a $100,000 unsecured bond co-signed by his sister, Diana Acosta; a $50,0000

1

1 | unsecured appearance bond co-signed by his stepfather, Bernard
2 | Cooney and a $100,000 bond secured by all available equity in the
3 | residentiary property in Perris, CA owned by Diana Acosta with
4 | the remainder secured by the unsecured bond.

On July 28, 2017, Mr. Acosta plead guilty to count 1s of the superseding information, which was filed on July 31, 2017, pursuant to a plea agreement. Count 1 of the Superseding Information charged Mr. Acosta with conspiracy to distribute and to possess with intent to distribute herion.

On January 5, 2018, the Court sentenced Mr. Acosta to 46 months imprisonment and 12 months supervised release and ordered him to pay a $100 special assessment.

As a result, Mr. Acosta now applies for an order to exonerate the bond and reconvey the deed of the property securing that bond back to Ms. Acosta.

Dated: June 15, 2018          McGREGOR SCOTT
                              United States Attorney

                              /s/ Amanda Beck
                              AMANDA BECK
                              Assistant U.S. Attorney

                              /s/ Timothy Delgado
                              TIMOTHY DELGADO
                              Assistant U.S. Attorney


Dated: June 15, 2018          /s/ Shari Rusk
                              SHARI RUSK

                              Counsel for defendant
                              FERNANDO ACOSTA

2

**ORDER**

It is hereby ordered that the property bond securing defendant Fernando Acosta's release in the above-captioned case be exonerated and that deed for the property located at 729 Abelia Lane, Perris, CA 92571 be reconveyed back to Diana Acosta.

Dated: June 18, 2018

_____
HON. EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

3