McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00102-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE |
| v. | DATE: |
| FERNANDO ACOSTA, | TIME: |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

### **STIPULATION TO SET BRIEFING SCHEDULE**

On July 18, 2020, the defendant filed an Emergency Motion to Reduce Sentence Under the 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 163.) By this stipulation, the parties jointly request that the Court set the following briefing schedule:

1. The United States's response shall be filed by August 3, 2020.

2. The defendant's reply shall be filed by August 10, 2020.

IT IS SO STIPULATED.

///

///

///

///

///

STIPULATED REQUEST FOR BRIEFING SCHEDULE        1

| | |
|---|---|
| Dated:  July 22, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated:  July 22, 2020 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>Fernando Acosta |

**ORDER**

Based on the request of the parties, the Court adopts the following briefing schedule.  IT IS HEREBY ORDERED that the United States shall file its response to the defendant's motion by August 3, 2020.  The defendant shall file any reply by August 10, 2020.

IT IS SO ORDERED.

Dated:  July 28, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE