McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00102-MCE |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| FERNANDO ACOSTA, | |
| Defendant. | |

**STIPULATION**

1.   Defendant Fernando Acosta filed a motion for reduction in sentence and compassionate release on July 18, 2020.  Docket No. 163.  The government's response is currently due August 3, 2020, and any reply due August 10, 2020.  Docket No. 166.

Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 163, be due on August 6, 2020; and

    b) The defense reply, if any, will be due on August 13, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 3, 2020

*/s/ Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney

Dated: August 3, 2020

/s/ *Shari Rusk*
SHARI RUSK
Counsel for Defendant Fernando Acosta

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 163, is due on August 6, 2020;

    b)    The defense reply, if any, will be due on August 13, 2020.

IT IS SO ORDERED.

Dated: August 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE