UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-CR-00102-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| FERNANDO ACOSTA, | |
| Defendant. | |

Given that Defendant Fernando Acosta has been transferred to a halfway house, his Motion for Compassionate Release (ECF No. 163) is DENIED.

IT IS SO ORDERED.

Dated: August 21, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE